**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 266 WAL 2018

               Respondent         :

                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court

               v.           :

ANDRA RAASUL CRISSWALLE,   :

               Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 20th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.